IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    *Plaintiff*, )<br>)<br>vs. )<br>)<br>ROBERT N. LONG, )<br>)<br>    *Defendant*. ) | Case No.: 09-10079-EFM |

MEMORANDUM AND ORDER

Presently before the Court is Defendant's Motion to Terminate Supervised Release (Doc. 31). Defendant, Robert Long, pleaded guilty to one count of possession of child pornography and was sentenced to 48 months incarceration, to be followed by five years of supervised release.

Defendant has served one-half his time of supervised release and now moves for early termination, citing his advanced age and poor health. Given the nature of the underlying offense the Court is unwilling to terminate his supervised release early.

IT IS THEREFORE ORDERED, that Defendant's Motion to Terminate Supervised Release (Doc. 31) is DENIED.

IT IS SO ORDERED.

Dated this 20th day of October, 2015.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE